UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br><br>SEAN FREY HUFFMAN,<br><br>            Defendant. | No. CR-04-2133-FVS<br><br><br>ORDER |

**THE COURT** having orally pronounced sentence on October 13, 2005; the Court having lost jurisdiction to modify the sentence seven days after pronouncing it, *see United States v. Penna*, 319 F.3d 509, 511-12 (9th Cir.2003); and the defendant having moved for partial reconsideration on October 24, 2005; Now, therefore

**IT IS HEREBY ORDERED:**

The defendant's motion for reconsideration (Ct. Rec. 112) is denied for lack of jurisdiction.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this  26th  day of October, 2005.

                                        s/Fred Van Sickle
                                             Fred Van Sickle
                             United States District Judge

ORDER - 1