PROB 12B  
(7/93)

Report Date: December 19, 2011

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON

DEC 20 2011

JAMES R. LARSEN, CLERK  
_____DEPUTY  
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Sean Frey Huffman                 Case Number: 2:04CR02133-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 10/13/2005              Type of Supervision:  Supervised Release

Original Offense: Possession of Child Pornography, 18 U.S.C. § 2252(a)(5)(B)

Date Supervision Commenced: December 23, 2011

Original Sentence: Prison - 92 Months;  
                     TSR - 36 Months

Date Supervision Expires: December 22, 2014

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

32    You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

On December 1, 2011, the offender signed a waiver of hearing to modify conditions of supervised release for U.S. Probation Officer (USPO), Samuel Najera. USPO Najera anticipated that the offender may have difficulty securing employment upon the commencement of his supervision on December 23, 2011. In addition, Mr. Huffman does not have an approved release address. As a result, the offender signed the attached waiver.

On December 14, 2011, the undersigned officer was reassigned Mr. Huffman's case to supervise. On December 16, 2011, this officer confirmed with Mr. Huffman that he has not obtained employment while he has been residing at the residential reentry center in Spokane, Washington. He understood that this officer would request a modification of his conditions to include a public law placement to the Court.

Prob 12B
Re: Huffman, Sean Frey
December 19, 2011
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/19/2011

s/Brenda J. Kuest

Brenda J. Kuest
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

Fred Van Sickle
Signature of Judicial Officer

December 19, 2011
Date