PROB 12B
(7/93)

Report Date: February 23, 2012

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 2 3 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Sean Frey Huffman                  Case Number: 2:04CR02133-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 10/13/2005                Type of Supervision: Supervised Release

Original Offense: Possession of Child Pornography,   Date Supervision Commenced: 12/23/2011
18 U.S.C. § 2252(a)(5)(B)

Original Sentence: Prison - 92 Months;               Date Supervision Expires: 12/22/2014
                   TSR - 36 Months

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

33   Subsistence at the residential reentry center (RRC) shall be waived by the Bureau of Prisons (BOP), while the offender is residing at their facility.

## CAUSE

On February 23, 2012, this officer met with Sean Huffman. Mr. Huffman indicated that the job he started 2 weeks ago at Action Recycling in Spokane, Washington, would only be a part-time job. As a result, the offender will need to save all of his earned income to apply toward rental application fees, damage deposit, and first and last months rent, as well as acquiring household items for his apartment.

Sean Huffman was asked whether he would waive his right to a hearing and agree to the modification as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Probation form, Mr. Huffman has agreed to the proposed modifications.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   02/23/2012
_____
               s/Brenda J. Kuest

               Brenda J. Kuest
               U.S. Probation Officer

Prob 12B
Re: Huffman, Sean Frey
February 23, 2012
Page 2

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[\/] The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer
Fred Van Sickle

_____
Date
February 23, 2012