PROB 12B
(7/93)

Report Date: April 2, 2012

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 02 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Sean Frey Huffman          Case Number: 2:04CR02133-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 10/13/2005          Type of Supervision: Supervised Release

Original Offense: Possession of Child Pornography,          Date Supervision Commenced: 12/23/2011
18 U.S.C. § 2252(a)(5)(B)

Original Sentence: Prison - 92 Months;          Date Supervision Expires: 12/22/2014
            TSR - 36 Months

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

32      You shall reside in a residential reentry center (RRC) for a period of up to 180 days. Your participation in the programs offered by the RRC are limited to employment, education, treatment, and religious services at the direction of your supervising officer. You shall abide by the rules and requirements of the facility.

### CAUSE

On March 31, 2012, this officer was notified that the offender absconded from the residential reentry center (RRC), in Spokane, Washington. The offender advised RRC staff that other residents found his "paperwork," reflecting that he is a sex offender. As a result, Mr. Huffman stated he felt his safety was at risk. However, when staff requested that Mr. Huffman provide the names of residents he felt threatened by, he would not produce those names.

On April 2, 2012, the offender reported to the probation office. He stated he had spent the weekend at the Down Towner Motel in Spokane. During the in-office contact, this officer contacted Sean Huffman's employer, Action Recycling. The supervisor at Action Recycling stated they would not allow the offender to return to their business. The supervisor indicated that Sean Huffman did not call their facility until late on Saturday, March 31, 2012, therefore, the employer filled Mr. Huffman's position with another employee.

On April 2, 2012, Mr. Huffman informed this officer and the director of the RRC in Spokane that he would return to their facility. The director of the RRC indicated that per the Bureau of Prisons' (BOP) staff, this officer would need to submit another modification.

Prob 12B
**Re: Huffman, Sean Frey**
**April 2, 2012**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/02/2012

s/Brenda J. Kuest

Brenda J. Kuest
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[ ✓ ]   The Modification of Conditions as Noted Above
[ ]   Other

Fred Van Brill

Signature of Judicial Officer

april 2, 2012
Date