UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SEAN FREY HUFFMAN,<br><br>Defendant. | No. CR-04-2133-FVS<br><br>ORDER FOLLOWING:<br><br>☒ INITIAL APPEARANCE |

Date of hearing: 11/22/2013

☒ Petition for action: Post-conviction.

Defendant was present with Assistant Federal Defender Robert Fisher, and was advised of, and acknowledged his rights.

☒ Defendant, personally and through counsel, waived Defendant's right to a probable cause hearing.

☒ Bail hearing set: **November 27, 2013, at 3:00 p.m.,** before the undersigned.

☒ Pending the bail hearing, Defendant shall be detained in the custody of the United States Marshal and produced for the hearing or until further order of the court.

☒ A supervised release revocation hearing is set before Senior Judge Van Sickle, in Yakima, Washington, on **January 9, 2014, at 10:30 a.m.**

DATED November 22, 2013.

_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1