PROB 12B
(7/93)

# United States District Court

### for the

### Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Sean Frey Huffman          Case Number: 2:04CR02133-FVS-1

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: October 13, 2005          Type of Supervision: Supervised Release

Original Offense: Possession of Child Pornography,          Date Supervision Commenced:
18 U.S.C. § 2252(A)(5)(B)

Original Sentence: Prison - 92 months          Date Supervision Expires:
                 TSR - 36 months

## PETITIONING THE COURT

To modify the conditions of supervision by removing the following condition:

25      You shall reside in a residential reentry center (RRC) for a period of up to 180 days, or until granted permission by the Court to be released to an approved residence.  Your participation in the programs offered by the RRC are limited to employment, education, treatment, and religious services at the direction of your supervising officer.  You shall abide by the rules and requirements of the facility.

## CAUSE

Mr. Huffman is currently at the RRC in Spokane, Washington, completing his 180-day placement.  He has submitted a release plan to Yakima, Washington, that has been approved.  This officer respectfully requests the Court grant the defendant's release from the RRC and be allowed to move to the suggested address, 20 East "A" Street, #70, Yakima, Washington.

Respectfully submitted,

by     s/Stephen Krous

Stephen Krous
U.S. Probation Officer
Date: June 2, 2014

Prob 12B
**Re: Huffman, Sean Frey**
**June 2, 2014**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✔]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

_____6/5/14_____

Date