PROB 12C
(7/93)

Report Date: November 6, 2015

# United States District Court

for the

Eastern District of Washington

Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sean Frey Huffman             Case Number: 0980 2:04CR02133-FVS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: October 13, 2005

| | |
|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252(a)(5)(B) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 92 months; TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | K. Jill Bolton | Date Supervision Commenced: | June 6, 2014 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: | December 5, 2016 |

## PETITIONING THE COURT FOR SUMMONS

The probation officer believes the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Special Condition #25:** You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervision officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence:** On September 9, 2015, Mr. Huffman reported to this officer and admitted to consuming marijuana between August 12, and 16, 2015. According to the offender, he consumed marijuana because of all the stress in his life. |
| 2. | **Special Condition #25:** You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervision officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence:** On November 2, 2015, Mr. Huffman reported to this officer and admitted to consuming marijuana on October 30, and 31, 2015. Mr. Huffman signed a drug use admission form. |

Prob12C
**Re: Huffman, Sean Frey**
**November 6, 2015**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 6, 2015

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

s/Fred Van Sickle

Signature of Judicial Officer

November 9, 2015

Date