PROB 12C
(7/93)

Report Date:  April 13, 2016

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sean Frey Huffman                    Case Number: 2:04CR02133-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, United States District Judge

Date of Original Sentence: October 13, 2005

| | | | |
|---|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252(a)(5)(B) | | |
| Original Sentence: | Prison - 92 months;<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Ian L. Garriques | Date Supervision Commenced: June 6, 2014 | |
| Defense Attorney: | Jeremy Sporn | Date Supervision Expires: December 5, 2016 | |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

1        **Mandatory Condition # 2**: The offender shall not commit another federal, state, or local crime.

**Supporting Evidence**: On April 1, 2016, Mr. Huffman was arrested by the Yakima Police Department (YPD) for driving under the influence of alcohol, YPD case number 6Z0415362.

According to the incident report, Mr. Huffman was pulled over by YPD for passing a car at a high rate of speed on Tieton Drive in Yakima.  As a YPD officer contacted Mr. Huffman, the officer noticed Mr. Huffman's eyes were watery.  Mr. Huffman informed the officer he had consumed one beer.  Mr. Huffman agreed to submit to some voluntary standardized field sobriety tests. Mr. Huffman performed poorly on the tests and was arrested for driving under the influence.  Mr. Huffman later provided breath samples of .088 and .079.

2        **Standard Condition # 7**: The offender shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

**Supporting Evidence**: Mr. Huffman consumed alcohol in excess on April 1, 2016, as noted in violation number 1.

**Prob12C**
**Re: Huffman, Sean Frey**
**April 13, 2016**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 13, 2016

s/Phil Casey

Phil Casey
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[ X ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

4/13/2016

Date