PROB 12C
(6/16)

Report Date: July 26, 2016

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 27, 2016

SEAN F. MCAVOY, CLERK

Name of Offender: Sean Frey Huffman                Case Number: 2:04CR02133-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, United States District Judge

Date of Original Sentence: October 13, 2005

| | | |
|---|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252(a)(5)(B) | |
| Original Sentence: | Prison 92 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: | Prison 6 months; TSR - 30 months | |
| Asst. U.S. Attorney: | Ian L. Garriques | Date Supervision Commenced: June 6, 2014 |
| Defense Attorney: | Jeremy Sporn | Date Supervision Expires: December 5, 2016 |

### PETITIONING THE COURT

**To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on 04/13/2016.**

The probation officer believes the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On July 25, 2016, Mr. Huffman informed this officer he has been consuming marijuana daily from July 20 through 25, 2016. Mr. Huffman signed a drug use admission form for his daily use of marijuana. |

Prob12C
**Re: Huffman, Sean Frey**
**July 26, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 26, 2016

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

7/27/2016

Date