PROB 12C
(6/16)

Report Date: November 29, 2016

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Sean Frey Huffman            Case Number: 2:04CR02133-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Stanley A. Bastian, United States District Judge

Date of Original Sentence: October 13, 2005

| | |
|---|---|
| Original Offense: | Possession of Child Pornography, 18 U.S.C. § 2252(a)(5)(B) |

| | | |
|---|---|---|
| Original Sentence: | Prison - 92 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (January 23, 2014) | Prison - 6 months; TSR - 30 months | |
| Asst. U.S. Attorney: | Ian L. Garriques | Date Supervision Commenced: June 6, 2014 |
| Defense Attorney: | Jeremy Sporn | Date Supervision Expires: December 5, 2016 |

## PETITIONING THE COURT

**To issue a summons**

The probation officer believes the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 14**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On November 15, 2016, Mr. Huffman informed this officer he has been consuming marijuana daily from November 11 through 15, 2016.  Mr. Huffman signed a drug use admission form for his daily use of marijuana. |

Prob12C

Re: **Huffman, Sean Frey**
**November 29, 2016**
**Page 2**
I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 29, 2016

s/Phil Casey

Phil Casey
U.S. Probation Officer

---

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [xx] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [xx] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Stanley A. Bastian* (signature)

Signature of Judicial Officer

11/29/2016

Date